# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

-vs-                                        Case No.  08-20330-01
                                              Hon.  Avern Cohn

**DERVIN MOOD,**

      **Defendant,**

## ORDER MODIFYING DEFENDANT'S BOND CONDITIONS

On January 13, 2009 the Court held a hearing on the defendant's oral request to modify the conditions of bond.  For the reasons stated on the record,

IT IS HEREBY ORDERED effective this date, the defendant's bond conditions requiring home confinement with electronic monitoring be eliminated. It is also ordered the defendant be permitted to have contact with his grandson under the supervision of his parents.

SO ORDERED.

                                              s/Avern Cohn
                                              United States District Judge Avern Cohn

Dated: January 13, 2009